UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

MARTY DOBSON,

    Plaintiff,

v.                                                                                 Case No. 1:14-cv-00622

KEWAUNEE FABRICATIONS, LLC,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Marty Dobson and Defendant Kewaunee Fabrications, LLC, by their respective attorneys, hereby stipulate and agree to the entry of an order dismissing the above-captioned matter on the merits, with prejudice and without the assessment of costs or attorneys' fees against either party.

| GINGRAS, CATES & LUEBKE, S.C. | QUARLES & BRADY LLP |
|---|---|
| s/ Paul A. Kinne | s/ Robert H. Duffy |
| Paul A. Kinne, SBN 1021493 | Robert H. Duffy, SBN 1010996 |
| 8150 Excelsior Drive | Christopher L. Nickels, SBN 1083481 |
| Madison, WI 53717 | 411 East Wisconsin Avenue, Suite 2350 |
| 608.833.2632 | Milwaukee, WI 53202-4426 |
| kinne@gcllawyers.com | 414.277.5000 |
| | robert.duffy@quarles.com |
| Attorneys for Plaintiff, Marty Dobson | christopher.nickels@quarles.com |
| Dated: 8-31-15 | Attorneys for Defendant, Kewaunee Fabrications, LLC |
| | Dated: 9-2-15 |