UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

MARTY DOBSON,

  Plaintiff,

v.                 Case No. 1:14-cv-00622

KEWAUNEE FABRICATIONS, LLC,

  Defendant.

---

### ORDER FOR DISMISSAL WITH PREJUDICE

---

Based on the Stipulation of the parties and for good cause shown;

IT IS HEREBY ORDERED that the above captioned action is dismissed on the merits, with prejudice, and without costs to either party.

Dated this 3rd day of September, 2015.

              BY THE COURT:

              s/William C. Griesbach
              The Honorable William C. Griesbach
              Chief Judge
              United States District Court